

Citizens Bank Center
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct Dial: 302-622-4238
Email Address: sniederman@FoxRothschild.com

October 28, 2016

**VIA ELECTRONIC FILING**
**VIA HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 North King Street, Unit 9
Room 6325
Wilmington, DE 19801

Re:   George L. Miller, Chapter 7 Trustee v. Kirkland & Ellis LLP
      U.S. Bankruptcy Court Adversary Proceeding No.: 12-50713-LSS
      U.S. District Court Case No.: 1:16-mc-00305-RGA

Judge Andrews**:**

We represent defendant Kirkland & Ellis LLP and write in response to Your Honor's inquiry about the proposed findings of fact and conclusions of law filed by the Bankruptcy Court.  We agree that the time for objections has expired.  There is no reason why the Court should not enter an order adopting the proposed findings of fact and conclusions of law and enter summary judgment in favor of Kirkland & Ellis LLP and against the Trustee.

Respectfully,

Seth A. Niederman (No. 4588)

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas



The Honorable Richard G. Andrews
October 28, 2016
Page 2

cc: Abraham C. Reich, Esquire
      Peter C. Buckley, Esquire
      Maura L. Burke, Esquire
      Maura McIlvain, Esquire
      Jesse N. Silverman, Esquire